IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 8:19-181 |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | **WAIVER OF DETENTAION HEARING** |
| | ) | **(WITHOUT PREJUDICE)** |
| RICHARD LAMOND LONGSHORE | ) | |

    Defendant, RICHARD LAMOND LONGSHORE, by and through undersigned counsel, hereby formally waives his right to a detention hearing at this time, however reserving the right to file for a hearing in the future once more information and discovery is shared.

                             Respectfully submitted,

                             BOGGS LAW FIRM, LLC

By:   *s/Cameron Boggs*
                             Cameron G. Boggs, Esq.
                             Federal Id # 7085
                             Post Office Box 65
                             Greenville, South Carolina 29602
                             (864) 233-8066

February 28, 2019              cgb@boggslawfirm.com