AO 442 (Rev. 11/11) Arrest Warrant

FID 108 19870

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

**RECEIVED**
**FEB 20 2019**

United States of America
v.

RICHARD LAMOND LONGSHORE
a/k/a "Bam"
*Defendant*

Case No. 8:19cr181

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RICHARD LAMOND LONGSHORE, a/k/a "Bam",
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21, U.S.C. § 846: Title 21, U.S.C. § 841(a)(1); Title 21, U.S.C. § 841(b)(1)(A); Title 21, U.S.C. § 841(b)(1)(B); Title 21, U.S.C. § 963; Title 21, U.S.C. § 952(a); Title 21, U.S.C. § 960(b)(1)(A); Title 21, U.S.C. § 960(b)(1)(B); Title 21, U.S.C. § 960(b)(1)(F); Title 18, U.S.C. § 371; Title 31, U.S.C. § 5332(a)(1); Title 18, U.S.C. § 1952(a)(3); Title 18, U.S.C. § 2; Title 21, U.S.C. § 843(b); Title 21, U.S.C. § 856(a)(1); Title 31, U.S.C. § 5324(a)(3); Title 31, U.S.C. § 5324(d)(2); Title 18, U.S.C. § 924(d); Title 21, U.S.C. § 853; Title 21, U.S.C. § 881; Title 31, U.S.C. § 5317(c)(1); Title 31, U.S.C. §5332(b)(2); Title 28, U.S.C. § 2461(c)

Date: 02/19/2019

City and state: Greenville, South Carolina

s/ Amanda Williams, Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* FEB 2 0 2019, and the person was arrested on *(date)* 02-26-2019
at *(city and state)* Greenwood, SC

Date: 02-26-2019

Arrested by S/A Randy Smith, DEA
*Arresting officer's signature*

By: Bonnie Watters, Data Analyst
*Printed name and title*