## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## ANDERSON/GREENWOOD DIVISION

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　　　　　　CASE NO. 8:19CR181-5

Richard Lamond Longshore

## PLEA

The Defendant, Richard Lamond Longshore pleads GUILTY in open court as to count(s) 1 of the superseding indictment.

(Signed) Defendant

Spartanburg, South Carolina
8/28/2019